U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2017 AUG 2  AM 9: 30

JAMES W. McCORMACK **FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

BY:_____

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 0 2 2017
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
_____ **DIVISION**

CASE NO. 4:17-cv-490 BSM - JJV

Jury Trial: ☐ Yes  ☑ No
(Check One)

I.     Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of plaintiff: George Odell Minor Jr
ADC # 151515
Address: 3201 West Roosevelt rd. Little Rock, Ark 72024
Pulaski county Jail

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____          This case assigned to District Judge Miller
ADC # _____                      and to Magistrate Judge Volpe

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B.   Name of defendant: Tamesha Bazzelle

Position: Nurse

Place of employment: TurnKey Health

Address: 3201 West Roosevelt rd. little Rock, Ark 72024
Pulaski court Jail

Name of defendant: TurnKey Health

Position: Business

-4-

Place of employment: __TuRNKey Health__

Address: __Pulaski county Jail 3201 west Roosevelt Rd, little Rock Ank. 72024__

Name of defendant: __Nurse Mitchell__

Position: __Turnkey Administrator__

Place of employment: __Turnkey Health__

Address: __Pulaski county Jail 3201 west Roosevelt Rd, little Rock, Ank. 72024__

Name of defendant: __Doc Holliday__

Position: __Sheriff__

Place of employment: __Pulaski county Jail__

Address: __3201 west Roosevelt Rd 72024__

II.  Are you suing the defendants in:

☐  official capacity only
☐  personal capacity only
☑  both official and personal capacity

III.  Previous lawsuits

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B.  If your answer to A is yes, describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐  Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐   Court (if federal court, name the district; if state court, name the county):

_____

☐   Docket Number: _____

☐   Name of judge to whom case was assigned: _____

☐   Disposition: (for example: Was the case dismissed? Was it appealed?
Is it still pending?) _____

☐   Approximate date of filing lawsuit: _____

☐   Approximate date of disposition: _____

IV.   Place of present confinement: Pulaski Count Jail, 3201 West
Roosevelt Road, Little Rock, Arkansas, 72024

V.   At the time of the alleged incident(s), were you:
(check appropriate blank)

✓   in jail and still awaiting trial on pending criminal charges

_____   serving a sentence as a result of a judgment of conviction

✓   in jail for other reasons (e.g., alleged probation violation, etc.)
explain: In Jail On 6 month parole violation.

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion
of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a
prisoner grievance procedure in the Arkansas Department of Correction, and in several county
jails. Failure to complete the exhaustion process provided as to each of the claims asserted in
this complaint may result in the dismissal without prejudice of all the claims raised in this
complaint.

A.   Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓   No _____

B.   Did you completely exhaust the grievance(s) by appealing to all levels within the
grievance procedure?

Yes ✓   No ____

If not, why? _____

_____

VII.   Statement of claim

State here (as briefly as possible) the facts of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

#1 ON April 24th 2017 Around on Approx. 9Am The unit deputy IN David unit called pill call. I was the first one to the pill cart. From my understanding, the unit deputy is supposed to stay with the Nurse, while conducting pill call. The deputy "He or she" was Not insight... So I Approached Nurse T. BAzzelle And showed Her my I.d. She went into the pill cart drawer got out A pill card and Placed A pill into my cup of water. I then noticed the pill that she gAve me wasn't round or mine. She then said let me see your I.d Again. Then she said I'm so sorry I thought you were Jeffery Miner "A white guy." Then she gAve me my pill "George Minor" afterwards. And said that she was very sorry to me Again "#2" TurNkey the business that employs Nurse T. BAzzelle. After I filled out Emergency grievance form's, The sAme day of the incedent Accured "April 24, 2017" It tAkes 10 days for me to heAr back from them. "TurNkey." And TurNkey Administrator tells me they hAve NO record of the incedent. That I Need to submit A sick call. So I did.

-7-

continue on Next page

#3 "Turnkey Administrator "Nurse Mitchell" for Not having me immediatly check by a doctor After recieving serval Emergency grievance's And After I submitted a sick call. Instead a Nurse come's 2 to 3 weeks later And check my vitals. And tells me not to be taken other people's medication. But, them being professional, is the Reason they have Nurse's here, to hand out medication to me, so therefor that I can't recieve on take other people's medication, unless one of the Nurse's give me someone else's medication. In this case is exactly what happened to me. I was giving "Jeffery MINER" medication. Instead of my own. "George MINOR" medication... April 24th 2017, I showed my "I.d" to Nurse T. Bazzelle... It took two weeks "10 days" To get a response on a Emergency grievance instead of given me medical attention As needed to see if I was ok... #4 Doc Holliday for his deputies Not following proper procedure of a Emergency grievance situation. Being An Emergency grievance I followed the rules they have for An Emergency grIEVANce. One April 24th 2017 After I was given, the wrong medication By Nurse T. Bazzell. I filled out a Emergency grievance And handed it to the deputy, who then was to sign the attached Emergency Receipt And give me the Receipt And deliver the remaining form without due delay, to the watch commander on designee, Instead He tells me to drop it in the grievance's Box. So I fill out Another Emergency grievance form And handed it to Another deputy on a different shift While in my cell on lock down.. He gets it from me. And when I see him later on and ask him about my grievance. He told me he dropped it in the box, So then I fill out Another grievance the next day or they day after And handed it to a lady deputy. And she tells me this is An Emergency, that when she go on her lunch break she would hand deliver it her self to her supervisor, I never saw her Again, Or got a copy of that grievance back. All the deputies Failed to follow the emergency grievance protocal as instructed to do on the grivence form... Also, I'm filing claim against Doc Holliday for with holding information that I asked for. I wrote grievance's Asking for the names of the deputies And, the date's that the cleputies work the last week of April. From April 24th through April 30th 2017. And, I was denied that information. To prosue my case

continue

Case 4:17-cv-00490-BSM Document 2 Filed 08/02/17 Page 6 of 26

I also ask for a copy of the tape video recording of the camera system, Here at the pulaski county Jail. They came and told me that they couldn't do so, because it has been Recorded over. I have been denied Everything I ask for to finish filing my cliam. I provide this Information to be true. of this date July 13th 2017 signed by me George Odell Minor Jr.

George O. Minor Jr.

VIII.   Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Compensate me for punative damages, And Mental Anguish. Also like to be checked by a doctor outside this facility, since I'm A.d.c property. Termination of Nurse T. Bazzaile. And one Hundred thousand dollars. to be awarded to me.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this **19** day of **June** , 20**17** .

George Odell Minor, Jr.

_____

George Odell Minor, Jr
Signature(s) of plaintiff(s)

-8-

# GRIEVANCE FORM

## ONLY ONE (1) GRIEVANCE PER SHEET

Date Received
04-25-17

Inmate's Name: George O. Mixon       Intake #: 6525-17

Unit: D       Job Assignment: N/A

Have you discussed this problem with your Unit Deputy? Yes ✓    No ____

Provide a description, or explain the nature of your problem:

At 9 AM this morning I went to get my prescription
meds. I showed my I.d and the nurse gave me the
wrong pre. meds. And called me Jeffery. That's when
I noticed that the pill I took was not round it was
oval. I let her know I just took the wrong
meds. She thought my name was Jeff I showed her
my I.d Again. And was giving the ~~two~~ right meds.
But since then I have not been able to get out of
my bed. My stomach is cramping really bad. I have been
weating none stop. My cell mate has been helping me
out. And All the nurse said to me was sorry. I can't—

What do you want to happen to solve your problem?
On I get a 1983-form. I'm in fear of taking
my meds. Because I don't think I'll get the right meds.

Inmate's Signature: Geo O Mixon Jr       Date: 4-24-17

Is an emergency situation? Yes ✓    No ____    If so, explain why.
I was giving the wrong meds. during pill call.
And I have been in the bed since throwing up
and sweating An stomach hurting like crazy

(emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be
used for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form
to deputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver
remaining form, without undue delay, to the Watch Commander, or designee. Reprisals: If you are harmed
or threatened because of your use of the grievance form, report it immediately to the Watch Commander.
Abuse of this program will result in disciplinary action.

-------------------------------------- Tear Here --------------------------------------

completed by the receiving member:

## Receipt for Emergency Situations

Received from which inmate? : _____    Intake #: _____

Time: _____

_____    _____    _____
Name of receiving member    D.S.N.    Signature of receiving member

Inmate's Name: _George O Minn_ Intake #: _____   Grievance #: _17-740_

## Grievance Officer's Decision

Our Medical Administrator stated, you grieve you were given
the  wrong medication.
Your medical record was reviewed. There is no indication in
your record you were  given the wrong medication. You did not
give  a name for a nurse so he can't follow up with the person
and you have not submitted a sick call request indicating
any medical problems. If you are having any problems you need
to submit a sick call request.

| _Sgt Brawley_ | Grievance Officer | _7122_ | _05-03-17_ |
| --- | --- | --- | --- |
| Signature of Grievance Officer or Designee | Title | D.S.N. | Date |

Signature of inmate receiving response _____  Date _____

## Inmate's Appeal

you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below.
member, you are appealing the decision concerning the original complaint.

**Do not list any additional issues which are not part of your original complaint.**

hy do you not agree with this response?
I didn't Know the Nurses name at the time but
it was Nurse Mazalle if that's how you spell it.
A all Black Nurse with Arfro. And glasses And I didn't
submit a sick call, because I Just slept it off

| _Georgo OMinn_ | _6523-17_ | _5-05-17_ |
| --- | --- | --- |
| Inmate's Signature | Intake Number | Date 05-05 |

## Appeal Response

I Concur with the grievance Officers decision.

| _m_ | _Major_ | _202_ | _5-10-17_ |
| --- | --- | --- | --- |
| Signature of Chief or Designee | Title | D.S.N. | Date |

| | | |
| --- | --- | --- |
| Inmate's Signature | Intake Number | Date |

Not being ... in my ... of my well being. Because I might be giving the wrong meds again. Taking blood pressure meds for my health is serious to me: I need to see a Luitanent or a Captain. About further Actions.

17-740

George Odell Minor Jr

4-24-17

9: Am

# GRIEVANCE FORM

## ONLY ONE (1) GRIEVANCE PER SHEET



Inmate's Name: George O. Minor JR   Intake #: G-523-17

Unit: P 409   Job Assignment: No Job

Have you discussed this problem with your Unit Deputy? Yes ✓   No ____

Provide a description, or explain the nature of your problem:

ON April 24 at 9:05 Am during pill call I was giving the wrong meds. I was giving Jeffery Miner meds which in return made me sick I made me cold And dizzy And very tired I have turn in 3 grievance since to the deputies. This is the 4th One I have written. I haven't heard Anything back It's been 8 days now. I'm trying to see how to get A 1983 form so I can file my case.

Nurse: I think it's spelled Meazell or Meazel

What do you want to happen to solve your problem?

I'm Adc property I'm trying to file A 1983 form

Inmate's Signature: George O Minor   Date: 5-3-17

Is an emergency situation? Yes ✓   No ____   If so, explain why.

I was giving Jeffery Miner pills instead of my own (George Minor) By the Black Nure with An Afrro with glasses I know her Name but can't spell it But I will get it for you. Thank you

emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be
d for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form
eputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver
ining form, without undue delay, to the Watch Commander, or designee.   Reprisals: If you are harmed
ened because of your use of the grievance form, report it immediately to the Watch Commander.

Abuse of this program will result in disciplinary action.

------------------------------------------- Tear Here -------------------------------------------

ompleted by the receiving member:

## Receipt for Emergency Situations

d from which inmate? : _____   Intake #: _____

_____   Time: _____

_____          _____
ume of receiving member    D.S.N.    Signature of receiving member

Inmate's Name: _Minor, George_ Intake #: _65237_ Grievance #: _uf 17-740_

## Grievance Officer's Decision

This matter has already been addressed by Medical in grievance 17-740.
Please refer to that grievance.

| _Sgt Brawley_ | **Grievance Officer** | _722 05-09-17_ |
|---|---|---|
| Signature of Grievance Officer or Designee | Title | D.S.N.     Date |

| | |
|---|---|
| Signature of inmate receiving response | Date |

## Inmate's Appeal

ou are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below.
ember, **you are appealing the decision concerning the original complaint.**

Do not list any additional issues which are not part of your original complaint.

y do you not agree with this response?

| | | |
|---|---|---|
| Inmate's Signature | Intake Number | Date |

## Appeal Response

| | | | |
|---|---|---|---|
| gnature of Chief or Designee | Title | D.S.N. | Date |

| | | |
|---|---|---|
| Inmate's Signature | Intake Number | Date |

# GRIEVANCE FORM

## ONLY ONE (1) GRIEVANCE PER SHEET



P409

Inmate's Name: George Odell Minor   Intake #: 6523-17

Unit: P 409   Job Assignment: N/A

Have you discussed this problem with your Unit Deputy? Yes ✓   No ____

Provide a description, or explain the nature of your problem:

April 24 2017 At 9:05AM during pill call I was given Jeffery Miner pills instead of my own. After I noticed that I had taken the wrong meds. I let the Nurse know that she gave me the wrong meds. She said she thought I was Jeffery Miner. Which is a white guy. Then she gave me my meds & it made me sick. I got really cold An dizzy for a few days The nurse was Meazeat I think that's how it's spelled. This is the 4th grievance I have wrote. And haven't heard any thing back since I've gave 2 of them to the dupties in D unit And drop one in the box

What do you want to happen to solve your problem?

I Am trying to get A 1983 foem so I can file my case.

Inmate's Signature: George O Minor Jr.   Date: 5-4-17

Is an emergency situation? Yes ✓   No ____   If so, explain why.

On April 24th 2017 I was given Jeffery Miner pills instead of my own. Which made me sick.

emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be
d for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form
eputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver
ining form, without undue delay, to the Watch Commander, or designee.   Reprisals: If you are harmed
ened because of your use of the grievance form, report it immediately to the Watch Commander.

Abuse of this program will result in disciplinary action.

- - - - - - - - - - - - - - - - - - - - - - - - Tear Here - - - - - - - - - - - - - - - - - - - - - - - -

ompleted by the receiving member:

## Receipt for Emergency Situations

ed from which inmate? : _____   Intake #: _____

Time: _____

_____   _____   _____
Name of receiving member   D.S.N.   Signature of receiving member

Inmate's Name: *Minor, George*   Intake #: *6523-17* Grievance #: *ef17-760*

## Grievance Officer's Decision

This matter has already been addressed in grievance T7-740.
It has been addressed by Medical.

_Sgt Brawley_ _____

Signature of Grievance Officer or Designee

**Grievance Officer**
**Title**

*2122*  *050817*

D.S.N.   Date

_____

Signature of inmate receiving response

Date

## Inmate's Appeal

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below. Remember, you are appealing the decision concerning the original complaint.

**Do not list any additional issues which are not part of your original complaint.**

Why do you not agree with this response?

_____

Inmate's Signature

Intake Number

Date

## Appeal Response

_____

Signature of Chief or Designee

Title

D.S.N.

Date

_____

Inmate's Signature

Intake Number

Date

# GRIEVANCE FORM
## ONLY ONE (1) GRIEVANCE PER SHEET



Inmate's Name: _George Minor_   Intake #: _6523-17_

Unit: _P409_   Job Assignment: _N/A_

Have you discussed this problem with your Unit Deputy? Yes _✓_   No _____

Provide a description, or explain the nature of your problem:

_I have turned in 3 emergency grievances And I haven't heard Anything back yet. It's Been 10 days The other deputies didn't given me the receipt for emergency situations either._

What do you want to happen to solve your problem?

_I'm trying to get my case filed "1983 form_

Inmate's Signature: _George O Minn_   Date: _5-4-17_

Is an emergency situation? Yes _✓_   No _____   If so, explain why.

_I was given the wrong pills during pill call._

An emergency situation is one in which you may be subject to a substantial risk of bodily harm.  It should not be used for ordinary problems that are not of a serious nature.)  If you marked yes, you may give this completed form to a deputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining form, without undue delay, to the Watch Commander, or designee.     Reprisals: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander.

### Abuse of this program will result in disciplinary action.

- - - - - - - - - - - - - - - - - - Tear Here - - - - - - - - - - - - - - - - - -

To be completed by the receiving member:

## Receipt for Emergency Situations

Received from which inmate? : _____   Intake #: _____

_____   Time: _____

_____   _____   _____
Name of receiving member   D.S.N.   Signature of receiving member

Inmate's Name: _Menor, George_ Intake #: _6523-17_ Grievance #: _14/7-740_

## Grievance Officer's Decision

This matter has already been addressed in grievance 170740. Please refer to that response when it arrives.

_Sgt Brawley_

Signature of Grievance Officer or Designee

| Grievance Officer | 2122 | 08-09-17 |
|---|---|---|
| Title | D.S.N. | Date |

Signature of inmate receiving response                    Date

## Inmate's Appeal

...ou are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below. ...ember, **you are appealing the decision concerning the original complaint.**

**Do not list any additional issues which are not part of your original complaint.**

...y do you not agree with this response?

Inmate's Signature                    Intake Number                    Date

## Appeal Response

...gnature of Chief or Designee          Title          D.S.N.          Date

Inmate's Signature                    Intake Number                    Date

# GRIEVANCE FORM

## ONLY ONE (1) GRIEVANCE PER SHEET

409

Inmate's Name: _George Odell Minor_  Intake #: _6523-17_

Unit: _P-409_  Job Assignment: _No Job_

Have you discussed this problem with your Unit Deputy? Yes _✓_  No ____

Provide a description, or explain the nature of your problem:

On April 24th 9:05Am Nurse Mazalle gave me the wrong meds (Jeffery Minen) meds a white guy. Now her being a professinal this shouldn't of happen. That was careless on her part. Which I feel like that put my life in danger. It made me drowzy and sick. I have put in a sick call so now it's on record. Since this incendent happen I've been having head ackes. And other problems like numbs of my fingers. Anything could've happened to me that day. I Just slept it off. I have witnesses on my behalf. And I turned in 2 grievanve to deputies. Right after All this happened. Which on my part nothing was done about it. This is my life here.

What do you want to happen to solve your problem?
Justice... I would like to write the Fedanal Supreme Court About this matter. or I need a 1983 form Please. Need Address to Fed. Supreme Court

Inmate's Signature: _George O. Mgn_  Date: _5-15-17_

Is this an emergency situation? Yes _✓_  No ____  If so, explain why.
I was giving the wrong pills during pill call. By Nurse Mazalle on April 24th 2017 at 9:05Am

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining form, without undue delay, to the Watch Commander, or designee. **Reprisals:** If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander. **Abuse of this program will result in disciplinary action.**

- - - - - - - - - - - - - - - - - - - - - - - - Tear Here - - - - - - - - - - - - - - - - - - - - - - - -

To be completed by the receiving member:

## Receipt for Emergency Situations

Received from which inmate? : _____  Intake #: _____

Date: _____  Time: _____

_____  _____  _____
Printed Name of receiving member    D.S.N.    Signature of receiving member

Inmate's Name: *Minor, George*   Intake #: *0573-17*   Grievance #: *ref 17-740*

## Grievance Officer's Decision

This matter is already being addressed in grievance 17-740.
Please refer to that response when it arrives.

_____     _____     _____     _____
Signature of Grievance Officer or Designee        **Grievance Officer**            Title              D.S.N.            Date
                                                                                                                   *051817*

_____
Signature of inmate receiving response                         Date

## Inmate's Appeal

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below.
Remember, you are appealing the decision concerning the original complaint.

Do not list any additional issues which are not part of your original complaint.

Why do you do not agree with this response?

_____     _____     _____
Inmate's Signature                           Intake Number                Date

## Appeal Response

_____     _____     _____     _____
Signature of Chief or Designee               Title                        D.S.N.            Date

_____     _____                    _____
Inmate's Signature                           Intake Number                                 Date

# GRIEVANCE FORM
## ONLY ONE (1) GRIEVANCE PER SHEET

Inmate's Name: George O Minor Jr    Intake #: 6523-17

Unit: D-408    Job Assignment: N/A

Have you discussed this problem with your Unit Deputy? Yes ✓    No ___

**Provide a description, or explain the nature of your problem:**

On or About April 25 thru April 30, 2017
I written two seperate Emergency grievance
And, handed them to 2 different officers
On A shift while I was in D Unit, I have
Not yet recieved my copies of either one
yet, Im requesting copies of them, I gave
one to Deputy O'Connors the day she worked
And the other one to officer Riviera or Rameriz "A Mexican"
the day he was in d unit. Both A shifts

Reffering to Grievance 17-740

**What do you want to happen to solve your problem?**

I need A copy of them please Thank you
very much.

Inmate's Signature: George O Minor    Date: 6-8-17

Is this an emergency situation? Yes ___    No ✓    If so, explain why.

_____

_____

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining form, without undue delay, to the Watch Commander, or designee.    **Reprisals:** If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander.
**Abuse of this program will result in disciplinary action.**

- - - - - - - - - - - - - - - - - - - - - - - - - Tear Here - - - - - - - - - - - - - - - - - - - - - - - - -

To be completed by the receiving member:

## Receipt for Emergency Situations

Received from which inmate? : _____    Intake #: _____

Date: _____    Time: _____

_____    _____    _____
Printed Name of receiving member    D.S.N.    Signature of receiving member

Inmate's Name: _Minor, George_  Intake #: _6523-17_ Grievance #: _17-980_

## Grievance Officer's Decision

This matter was sent to the shift supervisor to address, and advised that the deputy in question follows the emergency grievance procedure and would have done so if he received one from you, however he does not recall receiving the document.

_Sgt Br Crawley_ _____  ~~Grievance Officer~~  _2722  da 2017_
Signature of Grievance Officer or Designee          Title          D.S.N.       Date

_____                    _____
Signature of inmate receiving response                      Date

## Inmate's Appeal

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below. Remember, <u>you are appealing the decision concerning the original complaint.</u>
<u>Do not list any additional  issues which are not part of your original complaint.</u>

### Why do you not agree with this response?

_____        _____   _____
Inmate's Signature                              Intake Number              Date

## Appeal Response

_____        _____   _____
Signature of Chief or Designee                   Title           D.S.N.       Date

_____        _____   _____
Inmate's Signature                              Intake Number              Date

ATTN:
HOUSING
408

# GRIEVANCE FORM
## ONLY ONE (1) GRIEVANCE PER SHEET

Inmate's Name: _George Minor_   Intake #: _6523-17_

Unit: _P-408_   Job Assignment: _N/A_

Have you discussed this problem with your Unit Deputy? Yes _✓_   No _____

Provide a description, or explain the nature of your problem?

_On April 24th 2017 At 9 am in "D David"_
_An incedent occured, I talked to Sgt. Long_
_And she told me to write a grievance to Housing_
_And get the deputies Name or Names that worked_
_that unit at the time." Monday At 9am "D-David"_
_unit"_

_April 24th 2017_

_Thank you And God Bless._

What do you want to happen to solve your problem?
_I need the Names of the Unit deputies that was_
_working the morning of 4-24-2017 At 9 am_

Inmate's Signature: _George D. Minor_   Date: _6-8-2017_

Is this an emergency situation? Yes _____   No _✓_   If so, explain why.

_____

_____

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining form, without undue delay, to the Watch Commander, or designee.   Reprisals: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander. **Abuse of this program will result in disciplinary action.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - Tear Here - - - - - - - - - - - - - - - - - - - - - - - - - - -

To be completed by the receiving member:

## Receipt for Emergency Situations

Received from which inmate? : _____   Intake #: _____

Date: _____   Time: _____

_____   _____   _____
Printed Name of receiving member   D.S.N.   Signature of receiving member

Inmate's Name: _____     Intake #: _____     Grievance #: _____

## Grievance Officer's Decision

If you wish to file a grievance in reference to an incident
that occurred that you were directly involved in you are welcome
to do so. State the date and time or shift and what happened
and it will be looked into according to the poilicies set forth
for this facility.

_____     **Grievance Officer**     _____     _____
Signature of Grievance Officer or Designee            Title                  D.S.N.        Date

_____
Signature of inmate receiving response                      Date

## Inmate's Appeal

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below.
Remember; you are appealing the decision concerning the original complaint.
Do not list any additional issues which are not part of your original complaint.

Why do you not agree with this response?

_____     _____     _____
Inmate's Signature                   Intake Number        Date

## Appeal Response

_____     _____     _____     _____
Signature of Chief or Designee             Title            D.S.N.           Date

_____     _____     _____
Inmate's Signature                   Intake Number        Date

Attn:
Housing

408

# GRIEVANCE FORM
## ONLY ONE (1) GRIEVANCE PER SHEET

Date Received

Inmate's Name: George D. Minor    Intake #: 6523-17

Unit: D-408    Job Assignment: N/A

Have you discussed this problem with your Unit Deputy?  Yes ✓    No ____

Provide a description, or explain the nature of your problem:

I need to know the date that officer miss ARMe
Oconnor's worked D-David unit. The week
of April 25th thru April 30th 2017. I talked
to Sgt long and she told me to write a
grievance to housing to see what date or
dates she worked the morning shifts of that
week. "Around or About April 25th to April 30th
2017" morning shifts.
                    Thank you And Good Bless

What do you want to happen to solve your problem?

I need to know that date or date's deputy
Mrs. Oconners work D-David unit. The last week of April 25)
Inmate's Signature: George D. Minor    Date: 6-8-2017    to
                                                          April 30
Is this an emergency situation?  Yes ____   No ✓   If so, explain why.    2017

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining form, without undue delay, to the Watch Commander, or designee.    Reprisals: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander.
**Abuse of this program will result in disciplinary action.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - Tear Here - - - - - - - - - - - - - - - - - - - - - - - - - - -

To be completed by the receiving member:

## Receipt for Emergency Situations

Received from which inmate? : _____    Intake #: _____

Date: _____    Time: _____

_____    _____    _____
Printed Name of receiving member    D.S.N.    Signature of receiving member

Inmate's Name: _____    Intake #: _____    Grievance #: _Return_

## Grievance Officer's Decision

I do not know of a deputy with that name. If an incident or
event occurred that you were directly involved in and you
wish to grieve, you can do so and ~~we will find out those~~
~~involved and address the issue.~~

_____

Signature of Grievance Officer or Designee | **Grievance Officer** | _7127_ _067417_
Signature of Grievance Officer or Designee | Title | D.S.N.   Date

_____
Signature of inmate receiving response                Date

## Inmate's Appeal

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below.
Remember, you are appealing the decision concerning the original complaint.

Do not list any additional issues which are not part of your original complaint.

Why do you not agree with this response?

Inmate's Signature          Intake Number          Date

## Appeal Response

Signature of Chief or Designee          Title.          D.S.N.          Date

Inmate's Signature          Intake Number          Date

# GRIEVANCE FORM
## ONLY ONE (1) GRIEVANCE PER SHEET



For Office Use Only

Date Received

Inmate's Name: George Minor Jr          Intake #: 6523-17

Unit: P 408          Job Assignment: N/A

Have you discussed this problem with your Unit Deputy? Yes ✓          No ____

Provide a description, or explain the nature of your problem:

On April 24th 2017 in D-David unit I was giving the wrong pills by Nurse T. Bozzelle at 9am in the morning. I filled out emergency grievances on that an Appealed it Already. I'm filing A claim in US district court as I speak. This grievance is About the deputies that work D unit that morning. The left your Nurse unattended that morning. At Any time pill call is conducted the deputy is not to leave the Nurse And pill cart the deputy is to stay with the Nurse At All times. At this time it was Just me And the nurse when I was giving the wrong pills. There was not A deputy insight. Just me And the Nurse was All there was I'm waiting on my Attorney to come see me. I need the deputy's name's to put in my

What do you want to happen to solve your problem? claim. Thank you I'm Needing the deputies Names that worked D-David April 24th 2017 At 9am To put in my lawsuit claim please And the Nurse Name

Inmate's Signature: _George D. Minor Jr_          Date: 4-28 2017

Is this an emergency situation? Yes ____ No ____ If so, explain why.

_____

_____

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy or department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining form, without undue delay, to the Watch Commander, or designee.          Reprisals: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander.
**Abuse of this program will result in disciplinary action.**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Tear Here

To be completed by the receiving member:
## Receipt for Emergency Situations

Received from which inmate? : _____          Intake #: _____

Date: _____          Time: _____

_____          _____          _____
Printed Name of receiving member          D.S.N.          Signature of receiving member

I'm Needing the nurse "T" And deputies Name that worked the morning of April 24th 2017 At 9am in D-David unit Doing pill call To put in my claim. Thank you

Inmate's Name: _____   Intake #: _____   Grievance #: _____

## Grievance Officer's Decision

The time frame to file this grievance has expired. Please reefr to the inmate handbook in your unit.

_____   **Grievance Officer**   _____   _____
Signature of Grievance Officer or Designee        Title         D.S.N.      Date

_____   _____
Signature of inmate receiving response        Date

## Inmate's Appeal

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below. Remember, you are appealing the decision concerning the original complaint.

Do not list any additional issues which are not part of your original complaint.

### Why do you not agree with this response?

_____   _____   _____
Inmate's Signature              Intake Number              Date

## Appeal Response

_____   _____   _____   _____
Signature of Chief or Designee        Title         D.S.N.      Date

_____   _____   _____
Inmate's Signature              Intake Number              Date