IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GEORGE MINOR, JR.**                                                                **PLAINTIFF**
ADC #151515

v.                       **CASE NO. 4:17-CV-00490 BSM**

**TAMESHA BAZZELLE, Nurse,**
Turn Key Health, et al.                                                       **DEFENDANTS**

## ORDER

The proposed findings and recommendations [Doc. No. 4] submitted by United States Magistrate Judge Joe J. Volpe have been received. Plaintiff George Minor, Jr. has not submitted objections. After a careful review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, Minor's complaint [Doc. No. 2] is dismissed without prejudice for failure to state a claim upon which relief may be granted. Dismissal of this action counts as a "strike" for purposes of 28 U.S.C. Section 1915(g). Furthermore, it is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 18th day of September 2017.

                                                                                              /s/ Brian S. Miller
                                                                      UNITED STATES DISTRICT JUDGE